```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                    :
                                    :
                                    :
ELIZABETH MELOSKIE,                 :    Civil Action: 12-6673 (ES)
                                    :
         Plaintiff,                 :       ORDER OF DISMISSAL
                                    :
      v.                            :            Closed
                                    :
VIKING CLIENT SERVICES, INC.        :
                                    :
         Defendant,                 :
                                    :
```

It appearing that the plaintiff wishes to voluntarily dismiss the complaint, filed in the above case.

It is on the day  2nd  of  APRIL, 2013

ORDERED that the complaint, be and is hereby dismissed, with prejudice and without costs.

                                                                        S/Esther Salas
                                                   ESTHER SALAS, U.S.D.J.